WILLIAM FRANTZ & CO., INC., NO. 8352

 VS COURT OF APPEAL

P. L. FOURCHY **8352** PARISH OF ORLEANS

- - - - - -

- - - - -

WILLIAM A. BELL, JUDGE.

- - - - -

 APP 1923.

Court of Appeal,
PARISH OF ORLEANS
FILED April 16/23
[signature]

770

By WILLIAM A. BELL, Judge.

This is a suit upon an open account to which defendant filed exceptions of want of authority in the plaintiff to bring the action, of vagueness to the petition and of no cause of action. These exceptions were properly overruled and defendant filed answer of general denial. The amount claimed is for $825.30, a balance on an open account originating January 8, 1916, and running to December 30, 1917. The account shows a total of $1180.66, upon which cash payments were made in various amounts between March 17, 1917, and June 5, 1920, aggregating $355.36. At the trial of the case ample proof by two witnesses was made of the purchase and delivery of the goods sold and of the correctness of all other items on said account, including various interest payments on certain notes, etc. The defendant appeared in _propria persona_ but offered no evidence whatever in his own behalf. There was judgment for plaintiff in the amount prayed for and defendant has appealed. In this Court defendant filed a plea of prescription of three years to each and every item on the said bills sued upon. As already stated, the record shows that numerous cash payments were made on the account, the last one being under date of June 5, 1920. From this fact it is evident that the plea of prescription is not tenable and the same should, therefore, be dismissed. From the record of this case it is evident that the appeal taken to this Court is frivolous and appellee having answered the appeal with prayer for damages for frivolous appeal, it is plain to us that such relief should be granted and that plaintiff should be awarded five per cent. damages on the amount of the judgment appealed from.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the judgment herein appealed from be and the same is hereby affirmed at defendant's costs in both courts.

771

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the plaintiff and appellee herein be and he is hereby awarded damages *against defendant* of five per cent. on $825.30 or the sum of $41.26.